**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1547**

_____

STAN LABER,

        Plaintiff - Appellant,

    v.

PETE HEGSETH, Secretary of the DOD,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:23-cv-00498-JAG)

_____

Submitted:  October 16, 2025                Decided:  October 20, 2025

_____

Before KING, AGEE, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Stan Laber, Appellant Pro Se.  Jonathan Holland Hambrick, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stan Laber appeals the district court's order denying his "Motion for Reconsideration of Opinion ECF 56 PER RULE 59(e)." We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Laber v. Hegseth*, No. 3:23-cv-00498-JAG (E.D. Va. Mar. 10, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*